# JacksonLewis

**Jackson Lewis P.C.**
44 S. Broadway, 14th Floor
White Plains, NY 10604
(914) 872-8060 Main
(914) 946-1216 Fax

The conference scheduled for January 27, 2026 is ADJOURNED.  By separate order, the Court is referring this matter to Magistrate Judge Tarnofsky to handle these discovery disputes as part of general pretrial management of this case.  The parties are directed to contact the Chambers of Magistrate Judge Tarnofsky to reschedule the conference.

**SO ORDERED.**

Date:    January 26, 2026
          New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

January 23, 2026

<u>**VIA ECF**</u>

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re: ***Doug Cohen v. Wolters Kluwer Health, Inc.***
***Civil Action No. 25-cv-06081 (JLR)***

Dear Judge Rochon:

We represent Defendant Wolters Kluwer Health, Inc. ("Defendant") in the above-referenced matter.  We write to respectfully request that the Court adjourn the conference currently scheduled for Tuesday, January 27, 2026. The reason for this request is that counsel for Defendant is unavailable on that date. This is the first request for an adjournment of this conference. Plaintiff's counsel does not consent to this request. By way of explanation, Plaintiff's counsel stated that "Plaintiff does not consent because the discovery deadlines are very tight, the cutoff has already been extended once, Defendant delayed in requesting this adjournment, and there are additional attorneys on Defendant's side that can handle discovery disputes."

Defendant disagrees with Plaintiff's characterizations. Defendant timely requested this adjournment in accordance with Rule 1(F) of Your Honor's Individual Rules. Additionally, it is disingenuous for Plaintiff to assert that "there are additional attorneys on Defendant's side that can handle discovery disputes." While it is true that there are other attorneys at Jackson Lewis, it would require counsel for Defendant to get another attorney up to speed on this case (which has over 12,000 documents based on the Parties' respective January 16, 2026 document productions) and all discovery disputes to date, which would incur significant time and expense to Defendant. Plaintiff will suffer no prejudice, and no other deadlines will have to be moved, in order for the Court to grant a brief adjournment of this conference. If the Court would like, Defendant's counsel can provide alternate dates and times for a proposed adjourn date.

# JacksonLewis

We thank the Court for its consideration in this matter.

Respectfully submitted,

Michelle E. Phillips
Brian A. Bodansky
44 S. Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-8027
michelle.phillips@jacksonlewis.com
brian.bodansky@jacksonlewis.com

*Attorneys for Defendant*
*Wolters Kluwer Health, Inc.*