UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUG COHEN,

               Plaintiff,

    -against-

WOLTERS KLUWER HEALTH,INC.,

               Defendant.

25-CV-6081 (JLR) (RFT)

**<u>ORDER</u>**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on January 30, 2026:

1. Defendant shall produce anonymized information on the severance paid to employees who separated from the company for reasons other than termination for cause. After reviewing that information, Plaintiff may request additional information about severance paid to former employees; the parties shall meet and confer about any such request and, if necessary, may raise any unresolved issues with the Court.

2. Defendant shall produce all documents relating to any complaints of discrimination against Plaintiff's former co-worker.

3. The parties shall meet and confer on production of documents relating to "at-risk" accounts and commissions earned by employees who took over Plaintiff's accounts; Defendant need not produce revenue-related or commission-related information postdating Plaintiff's termination.

4. Defendants shall produce all documents relating to revenues for the four accounts that Plaintiff contends were improperly transitioned away from him, through the date of his termination.

5. The parties shall meet and confer on the breadth of Plaintiff's production, which includes many documents that Defendant contends are entirely irrelevant to the issues in this case.

6. Plaintiff shall provide Defendant with redacted tax returns that redact out the income specifically attributable to Plaintiff's wife and the total marital income. If Plaintiff finds that performing the redactions is unduly burdensome, he may raise that issue with the Court.

7. Plaintiff shall provide Defendant with a release so that Defendant may obtain information on unemployment benefits, if any, received by Plaintiff after his termination.

8. Counsel represented that Plaintiff produced the only recording that Plaintiff has relating to the issues in this case.

9. Plaintiff shall provide a privilege log to Defendant by **February 4, 2026**.

The parties are reminded that they are required to adhere to the discovery deadlines in this case and that the Court would be unlikely to extend the discovery deadlines without good cause.

DATED: January 30, 2026
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge