UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUG COHEN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>WOLTERS KLUWER HEALTH,INC.,<br><br>                    Defendant. | 25-CV-6081 (JLR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for Thursday **March 5, 2026 at 2:30 PM**. The

parties should be prepared to discuss the status of the case. The parties are directed to join the

conference at the scheduled time. Please dial (646) 453-4442, Access Code: **838 115 259#**.

DATED:  February 12, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge