UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUG COHEN,

                           Plaintiff,

           -against-

WOLTERS KLUWER HEALTH, INC.,

                        Defendant.

Case No. 1:25-cv-06081 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given that the deadline to complete all discovery has been extended until April 15, 2026, Dkt. 54, the post-discovery pretrial conference scheduled for March 31, 2026, is HEREBY ADJOURNED until **May 29, 2026,** at **11:00 a.m.**  No later than one week in advance of the conference, the parties are to submit a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates. This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions. If a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the conference, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than two weeks before the conference.

Dated: March 9, 2026
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*

                                    JENNIFER L. ROCHON
                                    United States District Judge