UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUG COHEN,

                Plaintiff,

    -against-

WOLTERS KLUWER HEALTH,INC.,

                Defendant.

25-CV-6081 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on March 20, 2026:

1. Defendant shall begin a rolling production of its remaining electronic production by **March 25, 2026** and shall complete such production by **March 27, 2026**.

2. Defendant shall produce separation-related materials by **March 23, 2026**.

3. Defendant shall respond to the pending interrogatory about organizational structure at least 24 hours before the start of the rescheduled deposition of Plaintiff's former boss. The parties shall, by **March 23, 2026**, agree on a date for the rescheduled deposition.

4. Plaintiff represents that he has produced all Forms 1099 relating to his work for the relevant period.

5. Plaintiff shall review the remaining 790 "hits" and produce all non-privileged responsive documents.

The Clerk of Court is respectfully requested to terminate ECF 57 and 58.

DATED:  March 20, 2026
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge